LEHIGH PORTLAND CEMENT COMPANY, Appellant

v.

The FEDERAL TRADE COMMISSION et al., Appellees.

No. 13228.

United States Court of Appeals Fourth Circuit.

Argued Oct. 6, 1969.

Decided Oct. 27, 1969.

Frederick M. Rowe, Washington, D. C. (Edward W. Hyland, Armistead L. Boothe, Boothe, Dudley, Koontz, Blankingship & Stump, Alexandria, Va., and Kirkland, Ellis, Hodson, Chaffetz & Masters, Washington, D. C., on brief), for appellant.

Harold D. Rhynedance, Jr., Atty., Federal Trade Commission (William D. Ruckelshaus, Asst. Atty. Gen., Morton Hollander and Leonard Schaitman, Attorneys, Department of Justice, and Brian P. Gettings, U. S. Atty., on brief), for appellees.

Before BRYAN, CRAVEN, and BUTZNER, Circuit Judges.

PER CURIAM:

We affirm on the opinion of the district court, 291 F.Supp. 628. We think the district judge carefully considered, contrary to appellant's contention, the totality of the circumstances, and correctly determined that the suit was premature.

Affirmed.

---

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

A. T. I. WAREHOUSE, INC., Respondent.

No. 19394.

United States Court of Appeals Sixth Circuit.

Oct. 24, 1969.

Allen H. Feldman, N.L.R.B., Washington, D. C., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Glen M. Bendixsen, Atty., N.L.R.B., Washington, D. C., on brief, for petitioner.

Robert J. Affeldt, Alexandria, Va., for respondent.

Before WEICK and McCREE, Circuit Judges, and BROOKS,* District Judge.

ORDER.

The National Labor Relations Board has petitioned for enforcement of its order issued against the respondent, A. T. I. Warehouse, Inc. The decision and order of the Board are reported at 169 N.L.R.B. No. 75.

It is concluded that the findings of fact and the order of the Board are supported by substantial evidence on the record as a whole.

It is therefore ordered that the order of the Board be and it is hereby enforced.

---

* The Honorable Henry L. Brooks, Chief Judge, United States District Court for the Western District of Kentucky, sitting by designation.